**Electronically Filed
Supreme Court
SCWC-13-0000182
12-SEP-2014
11:47 AM**

SCWC-13-0000182

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

KILAKILA ʻO HALEAKALĀ,
Petitioner/Plaintiff/Appellant-Appellant,

vs.

UNIVERSITY OF HAWAIʻI and THOMAS M. APPLE, in his official capacity as
Chancellor of the University of Hawaiʻi at Mānoa; BOARD OF LAND AND
NATURAL RESOURCES, WILLIAM AILA, in his official capacity as the
Interim Chairperson of the Board of Land and Natural Resources; and
DEPARTMENT OF LAND AND NATURAL RESOURCES,
Respondents/Defendants/Appellees-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000182; CIVIL NO. 10-1-2510)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff/Appellant-Appellant Kilakila ʻO

Haleakalā's Application for Writ of Certiorari, filed on August

1, 2014, is hereby accepted and will be scheduled for oral

argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, September 12, 2014.

David Kimo Frankel and
Sharla Ann Manley
for petitioner

David M. Louie,
William J. Wynhoff and
Julie H. China
for respondents Board of Land and
Natural Resources, Department of
Land and Natural Resources, and
William J. Aila, Jr., in his
official capacity as Chairperson
of the Board of Land and Natural
Resources

Darolyn H. Lendio,
Bryce Y. Matsui,
Lisa Woods Munger,
Lisa A. Bail and
Christine A. Terada
for respondents University of
Hawai'i and Thomas M. Apple, in
his official capacity as
Chancellor of the University of
Hawai'i at Mānoa

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

